

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THEODORE ALLEN WARE,<br><br>Defendant. | CR 16-70-BLG-SPW<br><br>ORDER |

IT IS HEREBY ORDERED that meals and/or lodging be provide for the jurors in the above-entitled case.

DATED this 28th day of February, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge