

FILED

JUN 28 2017

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THEODORE ALLEN WARE,<br><br>Defendant. | CR 16-70-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, THEODORE ALLEN WARE is hereby released from the custody of the U.S. Marshals Service.

DATED this 28th day of June, 2017.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1